PAUL HOFF
(S.B. #61520)
Attorney at Law
2717 Cottage Way, Suite 15
Sacramento, CA 95825
(916) 971-9200

Attorney for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: ) Case No: 09-72196
)
**TITA ANDREA GARMA,** ) DC No: PH-1
)
    Debtor(s). )
)
_____ )
)
**GVK, LLC,** )
)
    Movant. )
)
_____ )

## REQUEST FOR CLERK'S NOTICE OF ENTRY

A proposed judgment/order entitled ORDER LIFTING AUTOMATIC STAY was submitted on 1/8/2010. Upon entry on docket, please prepare a notice of entry and pursuant to Local Rule 9022-1(a), serve it by mail upon the following parties who appeared in connection with the judgment or order, at the addresses shown below.

PAUL HOFF, Attny at Law, 2717 Cottage Way, Suite 15, Sacramento, CA 95825

MARTHA G. BRONITSKY, Division Trustee, P.O. Box 5004, Hayward, CA 94540-5004

TITA ANDREA GARMA, 1620 Harrisburg Ln., Suisun City, CA 94585

GEORGE HOLLAND JR., Attny at Law, 1970 Broadway, Suite 1030, Oakland, CA 94612

OFFICE OF U.S. TRUSTEE, 1301 Clay St., Rm. 680N, Oakland, CA 94612

Dated: January 8, 2010

                                            PAUL HOFF
                                            Attorney for Movant, GVK, LLC

FILED
2010 JAN 11 PH 3:35
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

- 1 -
REQUEST FOR CLERK'S NOTICE OF ENTRY

Case: 09-72196   Doc# 14   Filed: 01/11/10   Entered: 01/12/10 14:24:49   Page 1 of 1

PAUL HOFF
Attorney at Law
2717 Cottage Way, Ste 15
Sacramento, CA 95825
(916) 971-9200